## *Report Prisoner Data (No Middle Name)*

| ID# | Last | First | Middle | FileDate | Judge | RecDate | Ofc | Year | cv | Num | Action | threeStrike |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Coleman | G'Andre |  | 06/25/2018 | 145 Judge O'Grady | 06/25/2018 | 1 | 18 | cv |  | 42:1983pr |  |